DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BANK OF AMERICA, N.A.,

Appellant,

v.

JOHN D. ANDERSEN,

Appellee.

No. 2D2025-0212

————————————————

October 31, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Robert J. Lindeman of Marcadis Singer P.A., Tampa, for Appellant.

John D. Andersen, pro se.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.